UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KANA CRUMBY                                                          PLAINTIFF

v.                                                       Civil No. 1:17-cv-00076-GHD-DAS

LIFECORE HEALTH GROUP, LLC                                           DEFENDANT

## SUMMARY JUDGMENT

In accordance memorandum opinion issued this day, the Court ORDERS that Defendant Lifecore Health Group, LLC's Motion for Summary Judgment [43] is GRANTED; summary judgment is entered in favor of Lifecore; Plaintiff Kana Crumby's claims against Lifecore are DISMISSED with prejudice; and this case is CLOSED.

SO ORDERED, this, the 14th day of August, 2018.

SENIOR U.S. DISTRICT JUDGE